**DOROTHY LONG TWYMAN v. LEWIS TWYMAN**

January 12, 1945                                             Division A
20 So. (2nd) 502                                      January Term, 1945

*Marion Brooks* and *Walter O. Marshburn,* for appellant.

*E. B. Kurtz* and *J. M. McCaskill,* for appellee.

PER CURIAM:

The record and briefs in this case have been duly considered and the decree appealed from appearing without error, the same is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.